Giovanni Parodi, Giambattiste Sanguinetti and P. Pasterini, copartners doing business as Parodi & Co., Plaintiffs in Error, vs. E. B. Lovelace and E. M. Lovelace, copartners under firm name and style of E. B. Lovelace & Co., Defendants in Error.

Writ of error to Circuit Court, Santa Rosa county; Evelyn C. Maxwell, Judge.

Liddon & Eagan, for Plaintiffs in Error.

Blount & Blount, for Defendants in Error.

This action was brought by the defendants in error

against the plaintiffs in error.   There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error.